UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. ARMY GARRISON, FORT HUACHUCA, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 20-2857 (CRC)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Respectfully submitted,

| | |
|---|---|
| */s/ William J. Snape, III* (By Permission)<br>WILLIAM J. SNAPE, III<br>D.C. Bar No. 455266<br>Center for Biological Diversity<br>1411 K Street, NW, Suite 300<br>Washington, DC 20005<br>Phone: (202) 274-4443<br>Email: bsnape@biologicaldiversity.org<br><br>MARC D. FINK<br>MN Bar #0343407<br>Center for Biological Diversity<br>209 East 7th St.<br>Duluth, MN 55805<br>Tel: (218) 464-0539<br>Email: mfink@biologicaldiversity.org<br><br>*Attorneys for Plaintiff* | MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Acting Chief, Civil Division<br><br>By: */s/ Michael A. Tilghman II*<br>    MICHAEL A. TILGHMAN II<br>    D.C. Bar #988441<br>    Assistant United States Attorney<br>    U.S. Attorney's Office, Civil Division<br>    555 Fourth Street, NW<br>    Washington, DC 20530<br>    (202) 252-7113<br>    Michael.Tilghman@usdoj.gov<br><br>    */s/   Jessica B. Colsia*<br>    JESSICA B. COLSIA<br>    GA Bar # 543222<br>    Special Assistant United States Attorney<br>    555 Fourth Street, NW |

- 2 -

        Washington, DC 20530
        (202) 252-2574
        jessica.colsia@usdoj.gov

*Attorneys for Defendants*

Dated: December 6, 2021

- 2 -